## IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF NEBRASKA

| | |
|---|---|
| CRYSTAL L. SLAUGHTER, ) | Case No. 8:07 CV 494 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER OF DISMISSAL** |
| METROPOLITAN UTILITIES DISTRICT, ) | |
| a Political Subdivision of the State of ) | |
| Nebraska, ) | |
| ) | |
| Defendant. ) | |

This matter came on for hearing on the Joint Stipulation for Dismissal, filed in this matter and executed by all parties.

The Court finds that all parties have requested and consented to the entry of an Order of Dismissal, with Prejudice.

The Court does order that this matter be Dismissed, with Prejudice, with each party to pay their respective costs.

IT IS SO ORDERED this 4th day of September, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph Bataillon, District Judge

Prepared and submitted by:

Patrick L. Tripp (#15490)
Metropolitan Utilities District of Omaha
1723 Harney Street
Omaha, Nebraska 68102
(402) 504-7192 phone
(402) 504-5192 fax
patrick_tripp@mudnebr.com
Attorney for Defendant